# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

MICHAEL RENZI

V.

DELOITTE & TOUCHE USA, LLP

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA05-290T

TO: (Name and address of Defendant)

Deloitte & Touche USA, LLP
1633 Broadway
New York, NY 10019-6754

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Agent for Service of Process:

Corporation Service Company
222 Jefferson Boulevard, Suite 200
Warwick, RI 02888

an answer to the complaint which is served on you with this summons, within ______________ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7-1-05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/21/05 |
|---|---|
| AME OF SERVER *(PRINT)* Carlos Anastasia | TITLE D-I-P |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): A/F/S Corporation / Chrysler Company 222 Jefferson Blvd. Warwick RI (Mr. Chris Boynton)

## STATEMENT OF SERVICE FEES

| RAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/21/05 10:45 Am
Date

[signature]
*Signature of Server*

P.O. Box 5764 Prov RI
*Address of Server*

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2005 JUL 25 A 10: 53

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.