**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL RENZI | : | |
| | : | |
| v. | : | CASE NO. 05-290 T |
| | : | |
| DELOITTE & TOUCHE USA, LLP | : | |

**ENTRY OF APPEARANCE**

I, Darlene K. Alt, hereby enter my appearance on behalf of DeLoitte & Touche USA, LLP in the above-captioned matter.

DELOITTE & TOUCHE USA, LLP

By its attorneys,

Darlene K. Alt (#6345)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2005, I caused a copy of the foregoing Entry of Appearance to be mailed by first class mail, postage pre-paid, to the following counsel of record:

James H. Reilly, III
Donald J. Maroney
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903-2202



PRV_747867_1/DALT