**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL RENZI :
:
v. : CASE NO. 05-290 T
:
DELOITTE & TOUCHE USA, LLP :

RECEIVED
AUG 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The parties hereby stipulate and agree that Defendant DELOITTE & TOUCHE USA, LLP has until and including August 30, 2005 to answer or otherwise respond to Plaintiff's Complaint.

MICHAEL RENZI

By his Attorney,

Donald Maroney (#3787)
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903
(401) 272-1312
(401) 331-9397 (fax)

Date: 8-2-05

DELOITTE & TOUCHE USA, LLP

By its Attorney,

Darlene K. Alt (#6345)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Date: 8-3-05

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 8/18/05

PRV_746301_1/DALT