**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL RENZI, | : | |
| *Plaintiff,* | : | C.A. NO. 05-290T |
| v. | : | |
| DELOITTE & TOUCHE USA LLP, | : | |
| *Defendant.* | : | |

## ANSWER OF DEFENDANT DELOITTE & TOUCHE USA LLP

Defendant Deloitte & Touche USA LLP ("Defendant"), by and through its attorneys Edwards & Angell, LLP, hereby answers the Complaint of Michael Renzi ("Plaintiff") as follows:

1. Paragraph 1 of the Complaint states a conclusion of law to which no response is needed. To the extent that paragraph 1 of the Complaint contains any factual allegations, Defendant denies each and every one of them.

2. Paragraph 2 of the Complaint states a conclusion of law to which no response is needed. To the extent that paragraph 2 of the Complaint contains any factual allegations, Defendant denies each and every one of them.

3. Paragraph 3 of the Complaint states a conclusion of law to which no response is needed. To the extent that Paragraph 3 of the Complaint contains any factual allegations, Defendant denies each and every one of them.

4. Defendant admits the allegations contained in paragraph 4 of the Complaint.

5. Defendant admits the allegations contained in paragraph 5 of the Complaint, except that there is no comma between "USA" and "LLP."

**COUNT ONE**

6. Defendant admits the allegations contained in paragraph 6 of the Complaint.

7. Defendant admits that on or about October 31, 2004, Plaintiff's employment was terminated, but denies each and every other allegation contained in paragraph 7 of the Complaint. Defendant specifically denies that Plaintiff was discharged without cause or justification.

8. Paragraph 8 of the Complaint states a conclusion of law to which no response is necessary.

9. Defendant denies each and every allegation contained in paragraph 9 of the Complaint.

10. Defendant denies each and every allegation contained in paragraph 10 of the Complaint.

11. Defendant denies each and every allegation contained in paragraph 11 of the Complaint.

To the extent that Plaintiff's prayer for relief contains any factual allegations, Defendant denies them. Defendant specifically denies that Plaintiff is entitled to any of the relief he seeks.

**COUNT TWO**

12. Defendant denies each and every allegation contained in paragraph 12 of the Complaint.

13. Defendant denies each and every allegation contained in paragraph 13 of the Complaint.

14. Defendant denies each and every allegation contained in paragraph 14 of the Complaint.

15. Defendant denies each and every allegation contained in paragraph 15 of the Complaint.

16. Defendant denies each and every allegation contained in paragraph 16 of the Complaint.

To the extent that Plaintiff's prayer for relief contains any factual allegations, Defendant denies them. Defendant specifically denies that Plaintiff is entitled to any of the relief he seeks.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff has failed to state a claim for relief upon which relief may be granted and, therefore, his Complaint should be dismissed in its entirety.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff was terminated for legitimate, non-discriminatory business reasons and not based upon his age.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's position was eliminated as part of an expense reduction.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant's decision to terminate Plaintiff was based upon reasonable factors other than age.

**FIFTH AFFIRMATIVE DEFENSE**

No younger employee was retained in Plaintiff's position and his position has not been refilled.

**SIXTH AFFIRMATIVE DEFENSE**

Defendant did not engage in any discrimination against Plaintiff, and Plaintiff cannot show any age animus directed at him.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's performance did not meet Defendant's reasonable expectations.

WHEREFORE, Defendant Deloitte & Touche USA LLP respectfully requests that this Court enter an order dismissing the Complaint with prejudice and with costs, and award Defendant its attorneys' fees, costs and any other relief that the Court deems just and appropriate.

DELOITTE & TOUCHE USA LLP

By its attorneys,

Darlene K. Alt (#6345)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611(fax)

**CERTIFICATE OF SERVICE**

I, Darlene K. Alt, hereby certify that on the 30th day of August 2005, I caused a copy of the foregoing Answer of Defendant Deloitte & Touche USA LLP to be mailed by first class mail, postage pre-paid, to the following counsel of record:

James H. Reilly, III
Donald J. Maroney
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903-2202.

Darlene K. Alt