UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL RENZI, | : | |
| *Plaintiff,* | : | C.A. NO. 05-290T |
| v. | : | |
| DELOITTE & TOUCHE USA LLP, | : | |
| *Defendant.* | : | |

**RULE 7.1 DISCLOSURE STATEMENT**
**SUBMITTED BY DELOITTE & TOUCHE USA LLP**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Deloitte & Touche USA LLP ("Deloitte & Touche") submits the following Disclosure Statement. Deloitte & Touche discloses that it has no parent corporation, and no publicly held corporations own 10% or more of its stock.

DELOITTE & TOUCHE USA LLP

By its attorneys,

Darlene K. Alt

Darlene K. Alt (#6345)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August 2005, I caused a copy of the foregoing Rule 7.1 Disclosure Statement to be mailed by first class mail, postage pre-paid, to the following counsel of record:

James H. Reilly, III
Donald J. Maroney
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903-2202