UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL RENZI
Plaintiff(s)

v. C.A. No. 05-290 T

DELOITTE & TOUCHE USA LLP
Defendant(s)

FILED AUG 30 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant DELOITTE & TOUCHE USA LLP hereby moves that Timothy Van Dyck be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☒ The case involves the following complex area of the law, employment law, in which Mr. Van Dyck specializes and Mr. Van Dyck is familiar with the matters at issue in this litigation.

☐ Counsel's long-standing representation of the client:__________________.

☐ The local trial bar lacks experience in the field of: ____________________.

☐ The case involves complex legal questions under the law of a foreign jurisdiction with which: ____________________________________counsel is familiar, specifically: ____________________________________.

☐ The case requires extensive discovery in a foreign jurisdiction convenient to _________________________ counsel as follows:___________________________.

☒ Other: Defendant specifically hired Mr. Van Dyck for his experience in defending employers in suits of the kind brought by the Plaintiff.

DELOITTE & TOUCHE USA LLP
By its attorneys,

Darlene K. Alt

Darlene K. Alt (#6345)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

Date: August 30, 2005

PRV_747894_1.DOC/DALT

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts, the State of Maine, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit and the United States Supreme Court, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have been admitted in the following case in this district: Allen Reynolds v. Fluor Industrial Services, d/b/a, M&IS Security, Fluor Enterprises, Inc., and Louis F. Ward et al. C.A. No. 05-201-T (June 23, 2005).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Timothy P. Van Dyck
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 439-4444
Fax: (617) 439-4170

Darlene K. Alt (R.I. Bar No. 6345)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903-2499
Tel: (401) 274-9200
Fax: (401) 276-6625

**ORDER**

This motion is hereby Granted

Ernest C. Torres / ED
U.S. District Judge

Date: 9/15/05