**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL RENZI | : | |
| | : | |
| v. | : | CASE NO. 05-290 T |
| | : | |
| DELOITTE & TOUCHE USA, LLP | : | |

**CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE that effective immediately the firm of Edwards & Angell, LLP has changed its name to **EDWARDS ANGELL PALMER & DODGE LLP**.

Dated: January 17, 2006

DELOITTE & TOUCHE USA, LLP

By its attorneys,

Darlene K. Alt (#6345)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Fax

Timothy P. Van Dyck (admitted *pro hac vice*)
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 439-4444
Fax: (617) 439-4170

**CERTIFICATE OF SERVICE**

I hereby certify that on 17th day of January 2006, I caused a copy of the foregoing Change of Firm Name to be mailed by first class mail, postage pre-paid, to the following counsel of record:

James H. Reilly, III
Donald J. Maroney
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903-2202