UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL RENZI,

*Plaintiff,*

v.

DELOITTE & TOUCHE USA LLP,

*Defendant.*

C.A. NO. 05-290T

RECEIVED
FEB 14 2006
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

Plaintiff, Michael Renzi, by and through his attorneys, and defendant, Deloitte & Touche USA LLP, hereby stipulate and agree that the correct name of the defendant is Deloitte Services LP. Accordingly, the parties further stipulate and agree that all references to the defendant in pleadings filed by the parties to date in this case are hereby corrected to refer to Deloitte Services LP and all references to the defendant in pleadings or otherwise from this date forward shall refer to Deloitte Services LP.

MICHAEL RENZI,
By his attorneys,

James H. Reilly, III (#0658)
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903-2202
(401) 272-1312

Dated: 2/7/06

DELOITTE SERVICES LP,
By its attorneys,

Darlene K. Alt (#6345)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

Timothy P. Van Dyck (BBO #548347)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

Dated: 2.13.06

ENTER

Ernest C. Torres
Chief, U.S. District Judge
2/16/06