**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL RENZI | : | |
| Plaintiff | : | |
| | : | |
| -vs- | : | C.A. NO. 05-290T |
| | : | |
| DELOITTE SERVICES LP | : | |
| Defendants | : | |

**PLAINTIFF'S MOTION TO COMPEL MORE**
**RESPONSIVE ANSWERS TO INTERROGATORIES**

Plaintiff, Michael Renzi, hereby moves, pursuant to Rule 37(a)(2), to compel defendant, Deloitte Services LP, to file more responsive answers to the following interrogatories:

12. State the home address, business address, d/o/b, and current job description of Mark M. Chain.

ANSWER: Deloitte Services objects to this interrogatory on the grounds that it is vague and ambiguous, overbroad, and calls for irrelevant and confidential information. Subject to and without waiving these objections and any of the General Objections set forth above, Deloitte Services answers that Mark M. Chain is 49 years of age. Mr. Chain was a Principal of Deloitte & Touche USA LLP in Human Resources Management, who led the Centers of Expertise ("COE") groups. Further answering, Deloitte Services states that Mr. Chain is currently a Principal of Deloitte & Touche USA LLP in a compliance role in the Deloitte Services Independence group in Wilton, CT.

**Argument:** Defendant has not provided the home and business address of Mark M. Chain.

13. State the home address, business address, d/o/b, current job description and fiscal years 2004, 2005 and 2006 salary of Mary Duncan.

ANSWER: Deloitte Services objects to this interrogatory on the grounds that it is vague and ambiguous, overbroad, and calls for irrelevant and confidential information. Subject to and without waiving these objections and any of the General Objections set forth above, Deloitte Services answers that Mary Duncan is 46 years of age. Ms. Duncan was a Learning Manager in eLearning until September 2005. She is now a senior manager in Industry Learning. Ms. Duncan's salary for fiscal years 2004, 2005 and 2006 was $90,000, $93,000 and $121,000 respectively.

**Argument:** Defendant has not provided the home and business address of Mary Duncan.

14. State the home address, business address, d/o/b, current job description and fiscal years 2004, 2005 and 2006 salary of Michelle Ratcliff.

ANSWER: Deloitte Services objects to this interrogatory on the grounds that it is vague and ambiguous, overbroad, and calls for irrelevant and confidential information. Subject to and without waiving these objections and any of the General Objections set forth above, Deloitte Services answers Michelle Ratcliff is 39 years of age. Ms. Ratcliff is a Learning Manager. Ms. Ratcliff's salary for fiscal years 2004, 2005 and 2006 was $107,200, $114,700 and $119,900

respectively.

**Argument:** Defendant has not provided the home and business address of Michelle Ratcliff.

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorneys for Plaintiff
146 Westminster Street - Suite 500
Providence, Rhode Island 02903-2202
(401) 272-1312
(401) 331-9397) fax

I hereby certify that I have in good faith conferred with counsel for defendant Deloitte Services LP in an effort to secure the discovery sought without court action.

To: Attorney Darlene K. Alt
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Timothy P. Van Dyck, Esquire
Attorney Stephanie A. Bruce
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, Massachusetts 02199-7613

CERTIFICATION

I hereby certify that I mailed a copy of the within Motion to Compel More Responsive Answers to Interrogatories to the above counsel of record on July 28, 2006.