**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL RENZI<br>Plaintiff | : | |
| | : | |
| -vs- | : | C.A. NO. 05-290T |
| | : | |
| DELOITTE SERVICES LP<br>Defendants | : | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY**

Plaintiff, Michael Renzi, hereby moves to extend discovery for an additional 60 days from August 1, 2006 until October 1, 2006. In support of this Motion, plaintiff submits his attached Memorandum.

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorneys for Plaintiff
146 Westminster Street - Suite 500
Providence, Rhode Island 02903-2202
(401) 272-1312
(401) 331-9397) fax

To: Attorney Darlene K. Alt
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Timothy P. Van Dyck, Esquire
Attorney Stephanie A. Bruce
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue

Boston, Massachusetts 02199-7613

CERTIFICATION

I hereby certify that I mailed a copy of the within Motion to Extend Discovery to the above counsel of record on July 28, 2006.

S. Sefaia Simonian [signature]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL RENZI<br>Plaintiff | : | |
| -vs- | : | C.A. NO. 05-290T |
| DELOITTE SERVICES LP<br>Defendants | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF**
**MICHAEL RENZI'S MOTION TO EXTEND DISCOVERY**

This age discrimination case was filed with the court on July 1, 2005. The defendant filed its Answer on or about September 1, 2005. On or about September 29, 2005, the plaintiff served Interrogatories and a Request for Production of Documents upon the defendant. Counsel for defendant objected to the commencement of discovery on the grounds that the parties had not discussed a proposed discovery plan. Plaintiff's counsel thereafter requested such a conference which was held by telephone on December 22, 2005. A pre-trial conference was held with the Court on February 1, 2006, at which time the court entered a Scheduling Order providing for a six month discovery period closing on August 1, 2006. Plaintiff is seeking an additional 60 days to conduct discovery.

After the scheduling conference on January 13, 2006, the plaintiff provided its Rule 26(a) disclosure to defendant. The defendant answered plaintiff's Interrogatories and responded to plaintiff's Request for Production on or about March 6, 2006. The parties thereafter engaged in extensive discussions regarding

settlement. These discussions were not successful and the parties thereafter noticed the depositions of both the plaintiff and of Joseph Gibbons, the individual at Deloitte who had terminated the plaintiff's employment. The plaintiff's deposition was taken on June 9, 2006, and that of Joseph Gibbons on June 29, 2006.

On July 5, 2006, the plaintiff noticed the depositions of five Deloitte employees who have been identified through discovery and whose testimony is pertinent to the issues involved in this case. Defendant's counsel has refused to provide their home and business addresses so that service of process can be made. Plaintiff has filed a Request for Production of this information. Plaintiff is seeking an additional 60 days to conduct these depositions so that this case can be adequately prepared for trial.

Respectfully submitted,

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorneys for Plaintiff
146 Westminster Street - Suite 500
Providence, Rhode Island 02903-2202
(401) 272-1312
(401) 331-9397) fax

To: Attorney Darlene K. Alt
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Timothy P. Van Dyck, Esquire
Attorney Stephanie A. Bruce
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, Massachusetts 02199-7613

## CERTIFICATION

I hereby certify that I mailed a copy of the within Memorandum to the above counsel of record on July 28, 2006.

S. Sylvia Simonian