**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL RENZI<br>Plaintiff | : | |
| | : | |
| -vs- | : | C.A. NO. 05-290T |
| | : | |
| DELOITTE SERVICES LP<br>Defendants | : | |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT DELOITTE SERVICES LP TO PRODUCE DOCUMENTS AS REQUESTED IN PLAINTIFF'S SECOND REQUEST FOR PRODUCTION**

Pursuant to the provisions of Rule 37A of the of the Federal Rules of Civil Procedure, plaintiff, Michael Renzi ("Renzi"), hereby moves for an Order compelling defendant, Deloitte Services LP ("Deloitte"), to produce documents in response to plaintiff's Second Request for Production. In support thereof, plaintiff submits its Memorandum.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Plaintiff
146 Westminster Street - Suite 500
Providence, Rhode Island 02903-2202
(401) 272-1312
(401) 331-9397) fax

CERTIFICATION

The undersigned certifies that I have in good faith conferred with Timothy P. Van Dyck, Esquire, counsel for defendant, Deloitte Services LP, in an effort to secure the discovery sought without court action.

/s/ James H. Reilly

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 29, 2006, and that there are no non-registered participants.

/s/ James H. Reilly