UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL RENZI,<br>Plaintiff,<br><br>v.<br><br>DELOITTE SERVICES, LP,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | CA 05-290 T |

**ORDER**
**VACATING ORDER OF 9/26/06**

The Order of September 26, 2006 (Document ("Doc.") #19), granting Plaintiff's Motion to Compel Defendant DeLoitte Services LP to Produce Documents as Requested in Plaintiff's Second Request for Production (Doc. #17) ("Motion"), is hereby vacated. Defendant is granted leave to file its objection to the Motion, if necessary, within ten days after the forthcoming mediation (which is presently scheduled to be conducted on October 18, 2006).

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
September 28, 2006

BY ORDER:

Deputy Clerk