UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL RENZI,<br><br>Plaintiff,<br><br>v.<br><br>DELOITTE SERVICES LP,<br><br>Defendant. | Civil Action No. 05-290T |

**JOINT MOTION TO EXTEND DISCOVERY AND OTHER DEADLINES**

Plaintiff Michael Renzi ("Mr. Renzi") and Defendant Deloitte Services LP ("Deloitte") hereby jointly move this Court to extend the discovery deadline in this matter until Friday, December 15, 2006 and that Deloitte have until Thursday, November 2, 2006, to file and serve its Opposition to Plaintiff's Motion to Compel Production of Documents. As grounds for this Joint Motion, the parties state as follows:

1. On August 30, 2006, the parties, through counsel, attended a status conference before the Court to determine, among other things, the propriety of Deloitte filing a Motion for Summary Judgment on Mr. Renzi's claims that he was discriminated against by Deloitte on account of his age.

2. During the August 30th conference, Mr. Renzi's counsel indicated that he needed to take the depositions of four Deloitte employees, Michelle Ratcliffe, Mark Chain, Michelle Sommer and Mary Duncan. Just prior to the August 30th conference, Mr. Renzi had also filed with the Court a Motion to Compel Production of Documents, which Deloitte had not yet responded to.

3. During the course of the status conference, the parties also indicated that they had been close to resolving this matter back in the spring of 2006. Given that fact, the Court ordered that all discovery be stayed pending mediation before Magistrate Judge Lovegreen.

4. Mediation took place before Magistrate Judge Lovegreen on October 18, 2006. Unfortunately, the mediation did not result in a settlement of this matter.

5. Because mediation has now taken place, the parties jointly request that they have until Friday, December 15, 2006 in order to allow Plaintiff to conduct the four depositions he deems necessary to complete discovery in this case. The parties also jointly request that Deloitte have until Thursday, November 2, 2006 to file and serve its Opposition to Plaintiff's Motion to Compel Production of Documents.

WHEREFORE, the parties respectfully request that their Joint Motion to Extend Discovery and Other Deadlines be granted.

Respectfully submitted,

Deloitte Services LP,

By its attorneys,

/s/ Darlene K. Alt
Darlene K. Alt (#6345)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

/s/ Timothy VP. Van Dyck
Timothy P. Van Dyck (BBO# 548347)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

Michael Renzi

By his attorneys,

/s/ James H. Reilly, III
James H. Reilly, IIII
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903-2202
(401) 272-1312