UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL RENZI, Plaintiff,

v. CA 05-290 T

DELOITTE SERVICES, LP, Defendant.

**ORDER**
**GRANTING IN PART**
**MOTION TO COMPEL**

Before the Court is Plaintiff's Motion to Compel Defendant DeLoitte Services LP to Produce Documents as Requested in Plaintiff's Second Request for Production (Document ("Doc.") #17) ("Motion to Compel" or "Motion"). A hearing was held on November 9, 2006.

As to the six requests for production of documents contained in Plaintiff's Second Request for Production, the Court makes the following rulings relative to the Motion.

1. Granted.
2. Granted.
3. Denied.
4. Granted to the extent that it seeks documents relating to payments to outside consultants in FY '05 and FY'06 who performed functions or provided services previously performed by Plaintiff. In all other respects, denied.
5. Granted to the extent that Defendant shall provide the organizational chart for National Education & Development which existed after Plaintiff's position was eliminated.
6. Denied.

Defendant shall comply by November 30, 2006.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
November 9, 2006

BY ORDER:

Deputy Clerk