**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL RENZI<br>Plaintiff | : | |
| -vs- | : | C.A. NO. 05-290T |
| DELOITTE SERVICES LP<br>Defendants | : | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY**

Plaintiff, Michael Renzi, hereby moves to extend discovery until December 15, 2006 to include plaintiff's disclosure of his expert witness in connection with his economic damages. In support thereof, plaintiff submits his Memorandum.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Plaintiff
146 Westminster Street - Suite 500
Providence, Rhode Island 02903-2202
(401) 272-1312
(401) 331-9397) fax

CERTIFICATION

The undersigned certifies that I have in good faith conferred with Timothy P. Van Dyck, Esquire, counsel for defendant, Deloitte Services LP, in an effort to secure the discovery sought without court action.

/s/ James H. Reilly

To: Attorney Darlene K. Alt
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Timothy P. Van Dyck, Esquire
Attorney Stephanie A. Bruce
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, Massachusetts 02199-7613

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on November 22, 2006, and that there are no non-registered participants.

/s/ James H. Reilly

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL RENZI<br>Plaintiff | : | |
| -vs- | : | C.A. NO. 05-290T |
| DELOITTE SERVICES LP<br>Defendants | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS**
**<u>MOTION TO EXTEND DISCOVERY</u>**

On August 30, 2006, counsel for plaintiff and defendant met with the Court to discuss defendant's proposed Motion for Summary Judgment and the status of discovery. At this conference, plaintiff's counsel advised the Court that the plaintiff had retained an economist to testify as to the plaintiff's economic damages but that the economist's written report had not yet been received. Plaintiff's counsel also indicated that he desired to take the depositions of four Deloitte employees. On October 30, 2006, the parties submitted a Joint Motion for an Extension of Time to Complete Discovery and Other Deadlines (Document #21) until Friday, December 15, 2006. This Motion inadvertently failed to include the extension of discovery for the disclosure of information relating to plaintiff's expert witness. Plaintiff's counsel has conferred with counsel for the defendant and the parties have failed to reach agreement as to the extension of the discovery deadline date to include the disclosure of information relating to plaintiff's expert witness.

Respectfully submitted,

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorneys for Plaintiff
146 Westminster Street - Suite 500
Providence, Rhode Island 02903-2202
(401) 272-1312
(401) 331-9397) fax