**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL RENZI

Plaintiff,

V. C.A. No. 05-290T

DELOITTE SERVICES, LP,

Defendant.

**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY AND DENYING PLAINTIFF'S MOTION TO EXTEND DISCOVERY**

The parties' Joint Motion to Extend Discovery is hereby GRANTED.

The Plaintiff's Motion to Extend Discovery to include disclosure of his expert witness is DENIED for the reasons stated in the Defendant's Opposition to Plaintiff's Motion and for failure to comply with Paragraph 3 of this Court's Scheduling Order.

IT IS SO ORDERED:

Ernest C Torres

Ernest C. Torres
United States District Judge
Date: December 13 , 2006