UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL RENZI<br><br>Plaintiff,<br><br>v.<br><br>DELOITTE SERVICES LP<br><br>Defendant. | C. A. No. 05-290T |

**DEFENDANT'S MOTION TO EXCEED PAGE LIMITS FOR EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND TO EXTEND THE DEADLINE TO FILE ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule Cv 7(d)(3) and paragraph 6 of the Scheduling Order dated February 1, 2006, Defendant Deloitte Services LP ("Deloitte Services"), by and through its attorneys, hereby moves to exceed the page limits for the appendix of exhibits it intends to file in support of its motion for summary judgment on or before January 3, 2007. Deloitte Services requests that it be allowed to file an appendix of exhibits in excess of the twenty (20) page limit, but not to exceed forty (40) pages. Deloitte Services further moves, pursuant to Local Rule Cv 7(d)(3)(B), for an extension of the deadline to file its Motion for Summary Judgment to five (5) days from the Court's decision on the Motion to Exceed. In support of this motion, Deloitte Services respectfully submits the accompanying memorandum.

DELOITTE SERVICES LP

By its attorneys,

/s/ Darlene K. Alt
Darlene K. Alt (#6345)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
401.274.9200

Timothy P. Van Dyck (*Pro Hac Vice* )
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100
(617) 227-4420 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL RENZI,<br><br>Plaintiff,<br><br>v.<br><br>DELOITTE SERVICES LP,<br><br>Defendant. | C. A. No. 05-290T |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO EXCEED PAGE LIMITS FOR EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND TO EXTEND THE DEADLINE TO FILE ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(d)(3) and paragraph 6 of the Scheduling Order dated February 1, 2006, Defendant Deloitte Services LP ("Deloitte Services"), by and through its attorneys, hereby moves to exceed the page limits for the appendix of exhibits it intends to file in support of its motion for summary judgment on or about January 3, 2007. Deloitte Services specifically requests that it be allowed to file an appendix of exhibits in excess of the twenty (20) page limit, but not to exceed forty (40) pages.

Deloitte Services requests this relief so that it may file relevant portions of the deposition transcript of Plaintiff Michael Renzi, as well as two concise affidavits by Deloitte Services' witnesses, and associated documents. Although Deloitte Services' motion for summary judgment and memorandum in support of its motion for summary judgment are well within the required page limits, Deloitte Services requires permission to file additional pages in its appendix of exhibits because Plaintiff's relevant testimony appears in various places throughout his deposition transcript and Deloitte Services is unable to include all relevant portions of the

transcript, as well as the other affidavits and documents, without exceeding the 20-page limit by about fifteen (15) pages.

Deloitte Services further moves, pursuant to Local Rule Cv 7(d)(3)(B), for an extension of the deadline to file its Motion for Summary Judgment to five (5) days from the Court's decision on the Motion to Exceed.

WHEREFORE, Deloitte Services respectfully requests that the Court grant its motion and allow it to file an appendix of exhibits in excess of the twenty (20) page limit, but not to exceed forty (40) pages, in support of its motion for summary judgment.

DELOITTE SERVICES LP

By its attorneys,

/s/ Darlene K. Alt

Darlene K. Alt (#6345)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
401.274.9200
401.276.6611 (fax)
dalt@eapdlaw.com

Timothy P. Van Dyck (*Pro Hac Vice*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100
(617) 227-4420 (fax)
tvandyck@eapdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 20th, 2006 and that there are no non-registered participants.

/s/ Darlene K. Alt

Darlene K. Alt