UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL RENZI,<br><br>Plaintiff,<br><br>v.<br><br>DELOITTE SERVICES LP,<br><br>Defendant. | Civil Action No. 05-290T |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Michael Renzi, by his attorneys, and defendant Deloitte Services LP by its attorneys, stipulate and agree that the above-captioned action be dismissed with prejudice and without right of appeal, each party to bear its own attorneys' fees and costs.

MICHAEL RENZI

By his attorneys,

/S/

James H. Reilly (#0658)
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903-2202
(401) 272-1312

Dated: February 9, 2007

DELOITTE SERVICES LP,

By its attorneys,

/S/

Darlene K. Alt (#6345)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

/S/

Timothy P. Van Dyck (MA Bar # 548347)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

Dated: February 9, 2007



BOS111 12111653.1